MARY OST, Appellant, *v.* HENRY MINDLIN et al., Defendants, and LOUIS KOCH et al., Respondents.

*Ost* v. *Mindlin,* 170 App. Div. 558, affirmed.

(Argued October 23, 1918; decided November 12, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1915, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and granting a new trial. Defendants, respondents, are sued as guarantors for the payment of a bond secured by a mortgage, and the question involved was whether the election of the holders of the mortgage, at the time of an attempted foreclosure, to declare the whole amount due, was irrevocable and inured to the benefit of respondents and could not be waived without their consent. The Appellate Division held that the extension of the time for payment of the mortgage, without the consent of the sureties, released them from liability.

*John E. Donnelly* and *Alfred J. Amend* for appellant.

*Max Monfried* and *Max Franklin* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on opinion of SCOTT, J., at Appellate Division.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: MCLAUGHLIN, J. Absent: CRANE, J.